**FILED IN OPEN COURT**

10-26-16

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

JOHN R. BIGGERSTAFF

CASE NO.    3:16-cr-151-J-34MCR
Ct. 1:      18 U.S.C. §§ 1952(a) and 2
Forfeiture: 18 U.S.C. § 981(a)(1)(C) and
            28 U.S.C. § 2461(c)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Between on or about June 30, 2016, through on or about July 31, 2016, at Jacksonville, in the Middle District of Florida, and elsewhere, the defendant,

JOHN R. BIGGERSTAFF,

used and aided and abetted in the use of a facility in interstate commerce, namely a cell phone, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, a business enterprise involving prostitution in violation of Chapter 796, Florida Statutes, and thereafter performed, aided and abetted, and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

In violation of Title 18, United States Code, Sections 1952(a) and 2.

## **FORFEITURE**

1. The allegations contained in Count One of this Indictment are incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of a violation of Title 18, United States Code, Section 1952, the defendant, JOHN R. BIGGERSTAFF, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

*Angie Wright*
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: *[signature]*
Mac D. Heavener, III
Assistant United States Attorney

By: *Julie Hackenberry*
Julie Hackenberry
Assistant United States Attorney
Chief, Jacksonville Division

# UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

JOHN R. BIGGERSTAFF

## INDICTMENT

Violation:

Ct. 1:     18 U.S.C. §§ 1952(a) and 2

A true bill,

_Angie Wright_
Foreperson

Filed in open court this 26th day of October, 2016.

_____
Clerk

Bail  $_____