**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                               CASE NO. 3:16-cr-151-J-34MCR

JOHN R. BIGGERSTAFF
_____/
                                                                    Defense Atty.: SUSAN YAZGI
                                                                    AUSA: MAC D. HEAVENER, III

| JUDGE: | **Monte C. Richardson**<br>**U.S. Magistrate Judge** | DATE AND TIME | October 28, 2016<br>4:03 PM – 4:29 PM<br>26 minutes |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | TAPE/REPORTER | Digital |
| INTERPRETER | None Required | PRETRIAL/PROBATION | PATRICK SHERIDAN |

# CLERK'S MINUTES

## PROCEEDINGS:    INITIAL APPEARANCE AND ARRAIGNMENT

**INITIAL APPEARANCE**

Defendant arrested by the FBI on October 28, 2016 on an Indictment out of the Middle District of Florida.

Court requested presence of counsel for possible appointment.

Defendant advised of rights, charges, penalties and special assessment.

Defendant requested court appointed counsel. Defendant placed under oath and questioned regarding his ability to retain his own counsel.  Based on financial affidavit completed by Defendant, Court appoints the Federal Public Defender.  Defendant may be required to reimburse a portion of his fees upon motion by the Government.

Government orally moved for bond.

Bond set: $25,000.00 - Order Setting Conditions of Release to enter.

**ARRAIGNMENT**
Defendant enters plea of not guilty.

Government to provide Discovery by close of business on November 4, 2016.

Discovery motions to be filed by: November 10, 2016.

Dispositive motions, motions for district judge and motions to suppress to be filed by: November 28, 2016.

Status Conference: December 19, 2016 before the Honorable Marcia Morales Howard.

Trial: January 3, 2017 before the Honorable Marcia Morales Howard.

**Filed in Open Court:**    CJA 23 Financial Affidavit
                                            Notice of Acceptance of General Discovery