AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED U.S. MARSHALS
M/FL JACKSONVILLE

2016 OCT 26  PM 4:08

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:16-cr-151-J-34MCR |
| John R. Biggerstaff | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*,    JOHN R. BIGGERSTAFF,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows: Use and aid and abet the use of a facility in interstate commerce to manage, engage in, and carry on unlawful activity, in violation of Title 18, United States Code, Sections 1952(a) and 2.

Date: October 26, 2016

*Issuing officer's signature*

City and state: at Jacksonville, Florida

SHERYL L. LOESCH, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 10/26/16, and the person was arrested on *(date)* 10/28/16

at *(city and state)* Jacksonville, FL

Date: 10/28/16

*Arresting officer's signature*

Vanessa Parker, DUSM, USMS
*Printed name and title*