UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
7.21.17
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.   CASE NO. 3:16-cr-151-J-34MCR
     18 U.S.C. § 4

JOHN BIGGERSTAFF

## SUPERSEDING INFORMATION

The Acting United States Attorney charges:

### COUNT ONE

Beginning in or about June 2016, and continuing thereafter until in or about July 2016, in the Middle District of Florida, and elsewhere, the defendant,

JOHN BIGGERSTAFF,

having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, distribution of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), did conceal the same by discussing this criminal activity through the use of a telephone facility and instructing others not to report this activity to law enforcement, and did not as soon as possible make known the same to some judge or other person in civil

or military authority under the United States.

In violation of 18 U.S.C. § 4.

W. STEPHEN MULDROW<br>
Acting United States Attorney

By: _____
Ashley Washington
Assistant United States Attorney

By: _____
Kelly Karase
Assistant United States Attorney
Deputy Chief, Jacksonville Division