**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.　　　　　　　　　　　　　　　　　　　　CASE NO. 3:16-cr-151-J-34MCR

JOHN R. BIGGERSTAFF
_____/

　　　　　　　　　　　　　　　　　　　　Defense Atty.: WAFFA HANANIA
　　　　　　　　　　　　　　　　　　　　AUSA: LAURA COFER TAYLOR

| JUDGE: | **Monte C. Richardson**<br>**U.S. Magistrate Judge** | DATE AND TIME | December 21, 2017<br>10:36 AM – 10:53 AM<br>9 MINUTES |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | TAPE/REPORTER | Digital |
| INTERPRETER | None | PRETRIAL/PROBATION | James Drury |

## CLERK'S MINUTES

**PROCEEDINGS:　　INITIAL APPEARANCE/REVOCATION PROCEEDINGS**

Defendant summoned by the United States Probation Office to appear on December 21, 2017 on a Supervised Release Violation Petition out of the Middle District of Florida.

Court requested presence of counsel for possible appointment.

Defendant advised of rights, charges and penalties.

Defendant requested court appointed counsel. Defendant placed under oath and questioned regarding his ability to retain his own counsel. Based on Defendant's financial affidavit, the Court appoints the Federal Public Defender.

The Government orally moved for detention.

Detention hearing scheduled for December 27, 2017 at 3:00 pm.

Defendant allowed to return for the scheduled detention hearing.