UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff, ☐
    Government ☒

v.

JOHN R. BIGGERSTAFF

    Defendant ☐

Case No. 3:16-cr-151-J-34MCR

☐ Evidentiary
☐ Trial
☒ Other

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | 3/16/18 | 3/16/18 | Patricia Pizzo | Curriculum Vitae |
| 2 | 3/16/18 | 3/16/18 | Patricia Pizzo | January 29, 2019 Request for Benzoylecgonine Interpretation |
| 3 | 3/16/18 | 3/16/18 | Patricia Pizzo | 11/08/2017 Specimen Analysis |
| 4 | 3/16/18 | 3/16/18 | Patricia Pizzo | 12/11/2017 Specimen Analysis |
| 5 | 3/16/18 | 3/16/18 | Patricia Pizzo | 12/18/2017 Specimen Analysis |