U.S. District Court
Middle District of Florida
Jacksonville Division

# GOVERNMENT EXHIBIT

Exhibit No.: _____1_____

Case No.: 3:16-cr-151-J-34MCR

UNITED STATES OF AMERICA

vs.

JOHN R. BIGGERSTAFF

Date Identified: 3-16-18

Date Admitted: 3-16-18

# Patricia A. Pizzo, B.S., BCFE
Phone: 800-433-3823 / 504-361-8989
Email: ppizzo@kroll.com

## Curriculum Vitae

**Work Experience:**

**Director of Toxicology**　　　　　　　　　　　　　　　June 2007 – Present
*Alere Toxicology Services, Inc.*, Gretna, Louisiana
(formerly Kroll Laboratory Specialists, Inc.)
Consults with client on technical issues and interpretation of drug screen results; prepares and performs training lectures for clients and staff; Testify; Author opinion letters; Performs duties of Certifying Officer for CAP-FUDT drug screens; Works hands-on in all sections of the laboratory if required; Is a qualified operator of GC/MS equipment, Hitachi 704, 717, 737, 747, ETS and TDX; Acts as a Consultant to the Louisiana State Legislature. Former Member of the Federal Drug Testing Advisory Board (DTAB); Inspector for the National Laboratory Certification Program (NLCP) and the College of American Pathologist Forensic Urine Drug Testing Program (CAPFUDT).

**SAMHSA V.P. Production / Director of Toxicology**　　November 1995 – June 2007
*Kroll Laboratory Specialists, Inc.*, Gretna, Louisiana
Functions as the Responsible Person (RP) under the SAMHSA guidelines; Manages Kroll laboratory and all satellite locations and is responsible for overall production and throughput; Prepares budget information and long range planning for all locations; Prepares standard operating procedure (SOP) manuals for all sections; Performs duties of Certifying Officer for DOT and CAP-FUDT drug screens; Works hands-on in all sections of the laboratory if required; Is a qualified operator of GC/MS equipment, Hitachi 704, 717, 737, 747, ETS and TDX; Acts as a Consultant to the Louisiana State Legislature. Member of the Federal Drug Testing Advisory Board (DTAB). Inspector for the National Laboratory Certification Program (NLCP) and the College of American Pathologist Forensic Urine Drug Testing Program (CAPFUDT).

**V.P. Technical Affairs**　　　　　　　　　　　　　　　June 1987 – October 1995
*Laboratory Specialists, Inc.*, Gretna, Louisiana
　　Managed the daily operations of the laboratory; Approved as RP under the NIDA guidelines in June 1989; Wrote SOPs and laboratory policies; Performed hands-on work in all sections of the laboratory when required; Planned and evaluated clinical trials on the Abbott HTDx System; Assisted GC/MS personnel in improvement of methods; Performed lectures for industry and civic organizations.

**Vice President / Director of Toxicology**　　　　　　　　January 1980 – May 1987
*Laboratory Specialists, Inc.*, Gretna, Louisiana
　　Performed chemical analysis of samples for the Louisiana State Racing Commission, numerous coroner's offices, hospitals, and private physicians; Engaged in equine drug research, routine analysis of chemical samples, forensic analysis, and extensive guest lecturing to various industries concerning drug screening and drug abuse; Experienced in Instrumentation including GC/MS; Qualified as an expert in the field of toxicology.

**Supervisor, Toxicology Department**  June 1975 – December 1979
*Bio Science / PANO Laboratory*, New Orleans, Louisiana
> Operated the following instruments: Gas Chromatograph (with FID and EC detectors), Atomic Absorption, High Pressure Liquid Chromatography, and Ultraviolet Spectrophotometer; Routinely performed Thin Layer Chromatography, therapeutic monitoring, autopsy cases, overdose cases, and analysis of street drugs; Directed the training and supervision of new personnel in the Toxicology Department; Maintained quality control records, maintenance manuals; Performed research and development of new procedures; Wrote cost justification for major instruments.

**Chemist**  September 1970 – September 1974
*Federal Bureau of Investigation Toxicology Laboratory*, Washington, D.C.
> Operated the following instrumentation: Gas Chromatograph, Ultra-Violet Spectrophotometer, Infrared Spectrophotometer, and X-ray Diffraction; Routinely analyzed flammable liquids, narcotics, pharmaceutical, illicit drugs, autopsy cases, and quantitative and qualitative analysis.

**Teaching Assistant**  September 1966 – June 1970
*Southeastern Louisiana University*, Hammond, Louisiana
> Instructed freshman chemistry classes; Maintained stock mold and yeast cultures; Prepared reagents for chemistry and microbiology classes.

**Fellow**  June 1967 – August 1967
*National Science Foundation Fellowship / University of New Orleans*, New Orleans, Louisiana
> Researched the formation of heavy metals complexes with 6-mercaptol purine as a chemotherapeutic agent.

**Professional Experience:**

Lectures:
- 96 Conference Lectures
- 130 Industry Lectures
- 8 Television & Radio Appearances
- 10 Webinars

**Consultant on Substance Abuse Testing:**
- D.O.T.S. (Drugs Off The Streets)
- Louisiana Legislature

Former Member of the Federal Drug Testing Advisory Board (DTAB)

Inspector for the National Laboratory Certification Program (NLCP) and the College of American Pathologist Forensic Urine Drug Testing Program (CAPFUDT).

**Education:**  *Chalmette Senior High School*, Chalmette, Louisiana
*Southeastern Louisiana University*, Hammond, Louisiana
B.S. in Microbiology/Chemistry

**Continuing Education**: Minimum of 8 hours annually
Most recent: 4hrs – Prevalance of Novel Psychoactive substances (NPS) Jan 2018
4hrs – Detection of Synthetic Cannabinoids in Biological Specimens Jan 2018
8hrs -Updated Trends and Case reports for Novel Psychoactive Substances Jan 2018

**Memberships:**
- *American Academy of Forensic Sciences (Active Member)*
- *Society of Forensic Toxicologists (Active Member)*
- *American Institute of Chemists (Fellow)*
- *American College of Forensic Examiners*

**Honors and Awards:**
- *National Science Foundation Fellowship (1967)*
- *Academic Scholarship (1966)*
- *Departmental Scholarship Chemistry (1966-1969)*
- *Departmental Scholarship Microbiology (1969)*
- *Outstanding Young Women of America (1973)*
- *Certified Blood Alcohol Analyst by Louisiana (1982-1987)*
- *The World of Who's Who of Women (1992)*
- *Diplomat Board Certified Forensic Examiner (1996)*

**Publications:**

1. Pizzo, Pat, "New Spray For Theophylline and Other Acid Drugs," *AORC Methods Publication* (1981).

2. Pizzo, Pat, "Ketamine and Metabolites – Detection & Identification," *AORC Methods Publication* (1984).

3. Pizzo, Pat and Sams, Rick, "Detection/Identification of Ketamine and Metabolites in Horse Urine," *Journal of Analytical Toxicology* (March/April 1987).

4. Pizzo, Pat, Wimbish, Gary, Nash, Stacey, and Wolford, Donald, "Analyses of Amphetamines with ONLINE Reagents Using Periodate Treatment on the Hitachi 717," *Joint TIAFT/SOFT International Meeting* (1995).

5. Pizzo, Pat, "A Comparative Study of Immuno Assay Reagents CEDIA v. KIMS," SOFT *Conference* (1996).

6. Pizzo, Pat, Shindelman, J., Mahal, J., Hemphill, G., and Coty, W.A., "Development and Evaluation of an Improved Method for Screening of Amphetamines," *Joint AAFS/SOFT meeting* (1999).

7. Pizzo, Pat, "Ethylglucuronide Pros and Cons," *DATIA Focus Magazine* (Summer 2009), pgs 32-35.

8. Pizzo, Pat "interpretation of Opiate and Amphetamine Results, "*DATIA Focus Magazine* (Spring 2010), pgs 27-31.

9. Pizzo, Pat, "The Next High: Synthetic Marijuana and other Designer Drugs," *DATIA Focus Magazine* (Summer 2011), pgs 9-13.

10. Pizzo, Pat, "The Evolution of Synthetic Cannabinoids," *DATIA Focus Magazine* (Spring 2014), pgs 34-35.

11. Pizzo, Pat, "We're at War: Battling the "Legal High" Designer Drugs and Emerging Natural Substances," *Sober World Magazine* (April 2014, Vol3, Issue 4), pgs 14,26 &28.

| **Qualified Expert Witness:** | Type: | State: | |
|---|---|---|---|
| Criminal Court | | Louisiana (8 Parishes) | |
| | | Minnesota | |
| | | Texas | |
| Civil Court | | Louisiana (9 Parishes) | |
| | | California | |
| | | Arizona | |
| Arbitrations | | Louisiana | |
| | | Michigan | |
| | | New York | |
| | | Ohio | |
| | | Oklahoma | |
| | | Tennessee | |
| | | Texas | |
| | | Florida | |
| Unemployment Boards | | Arkansas | Oklahoma |
| | | Colorado | Texas |
| | | Delaware | North Carolina |
| | | Louisiana | South Carolina |
| | | New Mexico | |
| | | New York | |
| Federal Court | | Louisiana | Ohio |
| | | Illinois | California |
| | | Texas | Alaska |
| | | Tennessee | Maine |
| | | Florida | New Mexico |
| | | Michigan | New York |

Provided expert testimony to the Louisiana Legislature